JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ESPINOZA,<br><br>    Plaintiff,<br><br>vs.<br><br>SANTA ANA POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.: 8:19-cv-01277-JLS-AGR<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (Doc. 101)** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

Dated: October 01, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

- 1 -